UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

## PAYMENT ADVICES COVER SHEET
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:  YOVANNA JOSE

Debtor(s)

Case No. _____

Chapter: 7 _____

*Please Check the Appropriate Box.*

**For Debtor:**

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

**For Joint Debtor, if applicable:**

☐ Payment Advices are Attached.

- Number of Payment Advices Attached: _____
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

**For Debtor:**

☑ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).   Social Security Benefits

☐ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

**For Joint Debtor, if applicable:**

☐ No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

☐ No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: X _____    Date: August 8, 2011 _____

Signature of Joint Debtor: _____    Date: _____

Payment Advices Cover Sheet 4/11/06

Deputy Clerk's Initials: _____

    ***   REC 2011216   162646 HB6E25E0 AVH4   CIPQYA4   PQA4   (F-G1D )   ***

SOCIAL SECURITY ADMINISTRATION

                                           Date: August 4, 2011
                                           Claim Number: 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A
                                                         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DI

        YOVANNA JOSE
        7011 108TH ST APT 5I
        FOREST HILLS NY 11375-4405


You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning June 2011, the full monthly
    Social Security benefit before any deductions is......$ 1372.90

       We deduct $126.90 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 1246.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the fourth Wednesday of each month.

Other Important Information

    TSC719/144

    There was no cost of living adjustment in Social Security benefits in December 2010. The benefit amount shown is current as of the date on this letter.

Medicare Information

    You are entitled to hospital insurance under Medicare beginning April 2010.

    You are entitled to medical insurance under Medicare beginning July 2011.